**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Socorro TELLEZ, Defendant–**
**Appellant.**

No. 07–51043.

United States Court of Appeals,
Fifth Circuit.

Aug. 12, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Leon Schydlower, El Paso, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM: *

After reviewing the briefs and the record, and listening to the able oral arguments, we are not persuaded that the district court erred in its application of U.S.S.G. § 2B1.1(c)(3)'s cross-reference to U.S.S.G. § 2L1.1. The charged conduct falls within the ambit of both 8 U.S.C. § 1324(a)(2) and 8 U.S.C. § 1185(a)(2). However, the district court should have stated under which statutory provision the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

conduct fell, and we urge the district courts to do so in the future.

AFFIRMED.